IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER APSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:23-cv-04546-MLB-RDC |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Board of Regents of the University System of Georgia ("BOR" or "Defendant") makes this Offer of Judgment. In the event that Plaintiff accepts this offer, Defendant shall be notified in writing within 14 days of the receipt of this offer.

Plaintiff shall be on notice that in the event this offer is not accepted and Plaintiff receives a judgment which is equal to or less than the amount offered, he will be responsible for the costs and attorney's fees incurred subsequent to the receipt of this offer. He is further notified that recovery for his attorney's fees will be cut off from the date of this offer in that event.

This Offer of Judgment shall resolve all pending claims against Defendant and includes a one-time payment of two hundred and seventy-five thousand dollars

1

($275,000.00), which is inclusive of all statutory costs, attorney's fees, alleged punitive damages, claimed interest, and all of other damages or compensation sought by Plaintiff in this lawsuit, incurred through and including February 13, 2025, as allowed under the applicable law. In addition to the monetary component above, this Offer of Judgment also includes the option for Plaintiff to retroactively resign from his prior employment with Defendant and Defendant further agrees to remove certain documents concerning Plaintiff's separation from his employment with Defendant from Plaintiff's employee file in accordance with O.C.G.A. § 45-1-5.

Defendant states that this Offer of Judgment does not admit any wrongdoing on the part of the Defendant, and Defendant does not consent to its use in any further or other proceedings.

Respectfully submitted this 13th day of February, 2025.

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE P. STOFF<br>Senior Assistant Attorney General | 536807 |
| */s/ Ryan A. Kolb*<br>RYAN A. KOLB<br>Assistant Attorney General | 204207 |

*Counsel for Defendant BOR*

2

Please serve:

Ryan A. Kolb
Attorney for Defendant
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3395
Email: rkolb@law.ga.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 13, 2025, the foregoing **BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA'S OFFER OF JUDGMENT** was sent by U.S. Mail and electronic mail to the following attorneys of record:

Brianna Williams, Esq.
1100 Peachtree Street NE, Suite 950
Atlanta, GA 30309
brianna@themelangefirm.com

<u>s/ *Ryan A. Kolb*</u>
Ryan A. Kolb
Assistant Attorney General